**Opinion issued September 29, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00390-CV

———————————

**JOHN T. PRESTON AND C CHANGE INVESTMENTS, LLC, Appellants**

**V.**

**EMJO INVESTMENTS, LTD. AND H.J. VON DER GOLTZ, Appellees**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2011-44058**

---

## MEMORANDUM OPINION

Appellants John T. Preston and C Change Investments, LLC have filed an unopposed motion to dismiss this appeal. No opinion has issued. Accordingly, we grant the motion, remove the appeal from the Court's submission docket, and

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.